KENNETH BAYLIS et al., Doing Business as FRANKLIN SQUARE LUMBER CO., Respondents, v. RALPH QUINNONEZ, as President of Local 1205, International Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers, et al., Appellants.—

Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ., concur. [See *post*, p. 1104.]